United States District Court
Southern District of Texas
**ENTERED**
August 22, 2024
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF TEXAS

### McALLEN DIVISION

| | | |
|---|---|---|
| **ENTIRE CAR PROTECTION, INC** | § | |
| vs. | § | Civil Action Number 7:23-cv-375 |
| **TRU AUTOGLASS SOLUTIONS, LLC, A Texas Limited Liability Company, and JORGE TRUJILLO, an individual Defendants** | § | |

PURSUANT to the Court's Order of 8/21/2024, and it appearing that Defendant is in default for failure to plead or otherwise defend as required by law, default is hereby entered against Defendant, **TRU AUTOGLASS SOLUTIONS, LLC, A Texas Limited Liability Company,** on August 22, 2024.

                                              NATHAN OCHSNER
                                              Clerk

                                              By   /s/
                                                       Jennifer Nogueira, Deputy Clerk

cc:    TRU AUTOGLASS SOLUTIONS, LLC,
       A Texas Limited Liability Company
       700 E. Sioux Road, Suite 215
       Pharr, Texas 78577